UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BORDER MAGIC, LLC, and ) | |
| E. BERGMAN CO. d/b/a Border ) | |
| Magic, ) | 05-2263 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| WILLIAM B. CHINNIS, ) | |
| ) | |
| Defendants. ) | |

ORDER

    This case was commenced on November 21, 2005. The defendant was served on December 17, 2005.

    On January 10, 2006, the plaintiff filed a motion for default judgment. A motion hearing was scheduled for March 16, 2006. On March 8, 2006, the plaintiff filed a motion for a hearing to establish damages. Due to a conflict in the court's calendar, the motion hearing was vacated and rescheduled for March 20, 2006. Then on March 17, 2006, the plaintiff filed a motion to continue, stating that counsel for the defendant had contacted them, and the parties desired more time to pursue settlement. The motion was granted and the hearing date was vacated. The court ordered counsel for the defendant to become registered to practice before this court, enroll for electronic filing, and file a responsive pleading. He has not done so.

    On May 10, 2006, the court noted that the motion for default judgment and motion for a hearing to establish damages were still pending, no responsive pleading had been filed, and the plaintiffs had not filed a motion for entry of default. The plaintiffs have now filed the motion for entry of default.

    The motion for entry of default [#14] is granted. The motion for default judgment [#6] is also granted as to liability, with damages to be established at a hearing on June 13, 2006 at 9:30 a.m. by personal appearance before the Honorable David G. Bernthal.

    Entered this 7th day of June, 2006.

                                            **s\Harold A. Baker**
                                            _____
                                              HAROLD A. BAKER
                                        UNITED STATES DISTRICT JUDGE